# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joel Drain,

    Petitioner,

        v.                             Case No. 1:17cv354

Ohio Department of Rehabilitation,         Judge Michael R. Barrett
and Correction, *et al.*,

    Respondents.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 20, 2017 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 8) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, this matter is **DISMISSED** for lack of prosecution.

    **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge